Viernes 9-Feb-2007

United States Court of
District of Puerto Rico

José A. Vega figueroa
v.
UNITED STATES



RE: Case 97-72

Honorable Juez Señor
Salvador E. Casellas

1. Comparezco por propio Derecho para enviarle estos documentos de EXIBIT en copias de my peticion INFORMATION RETURN que he sometido para la SUPREMA CORTE.

Muchas Gracias
por su atencion
Sometido.

Cordialmente
José A. Vega figueroa
#14694089
P.O. Box 1034
Coleman, FL. 33521-0879

United States Supreme Court
office of The Clerk
Washington, DC 20543-0001

William K. Sutter
Clerk of the Court
(202) 479-3011

( No is motion 22-41)

RE: Jose Vega-Figueroa          case 97-72
VS United States
No. 06-8285                     is MOTION information
                                RETURN. Pro-se

Honorable Supreme Court
I petition very respectfully, allege
And solicit by my right.

1. <u>Vega-Figueroa</u> directs this petition in
the spanish language Because I don't master English.

2. Referring to fabricated testimony by <u>Agents
Jose Ticado And Tomas Sanchez in question
That they twisted my response toward the
Agent that interview me, And joining it
to one Answer that was given when
Vega-Figueroa Answered David Medina Sanes.</u>

II

3. Referring to testimony of <u>David Medina Sanes</u> on <u>4-11-97</u> Mr. Vega-Figueroa was arrested pursuant to Indictment. 97-72

4. <u>Vega-Figueroa swears that what I am going To declare is true and exact in this Petition and is accused of perjury 28 U.S.C. § 1746 if I lie and sentenced to a triple sentenced that is actually life in prison.</u>

5. In 4-11-97 <u>Vega-Figueroa</u> was arrested by The F.B.I in regional Prison of Guyama with other inmates #1 Edward Rondon running with #2 <u>David A. Meda Sanes</u> #3. Richard Padro Burgos #4 Ronald Barrios Garcia #5. <u>José A. Vega Figueroa</u>.

6. That on April 11-97 on the 6th floor of the Federal Building in San Juan when they arrested at a moment <u>David Medina Sanes asks me, Pito Are you accused of Leading a criminal Enterprise? Vega-Figueroa answered I don't Know why I'm here!</u> And in that moment the conversation ends with respect to Medina-Saes.

7. That when the agent begins to interview <u>Vega-Figueroa the first question was You are Pito Casco? I don't like that nick name and I answered the Agent I'm not Pito Casco I'm not big Headed!</u>

III

The Agent asks me you work? Vega-Figueroa Answers when on the street or now in prison? The Agent asks in both places now in prison and when you were on the street? On the street I was a Security Guard Supervisor, now I work in the Kitchen!

That was the answer Vega-Figueroa to the interviewing Agente and not Medina-Sanes like the Agent alleges.

8. Vega-Figueroa asks this honorable Supreme Court that because my answer was twisted around the Agent testified at federal trial.
Based on my Constitutional Rights being violated, by fabricated Evidence and altered in said testimony by my person towards that Agent, and only answered Medina-Sanes.

"I ask The Supreme Court"
That we take a poligraph test
#1 Agents José Tirado or Tomas Sanchez who sat to testify on this issue.

#2 Vega-Figueroa
#3 David Medina Sanes
#4 Attorney Marlene Aponte Cabrera

To prove that said Agent fabricated and altered

## IV

testimony which is a perjury crime.

9. That Vega-Figueroa in plain Federal trial informs Attorney Marlene Aponte that the Agent was lying and fabricating testimony that he looked <u>nervous declaring</u> and altering my answer to the Agent who interviewed me joining it to <u>medina-Sanes.</u>

10. <u>When my person was returned to M.D.C. Guaynabo</u> and in the unit I saw <u>Medina Sanes</u>, I explained what the Agent was testifying, and <u>Medina-Sanes</u> answered that was not true when responding to that <u>phrase, About a drug ring and now working in the Kitchen</u>. That he talk with Attorney Marlene Aponte so that she would cite him to testify in my favor of the defense, and clear the Agents lie.

11. That my person Vega-Figueroa the next day in Federal Court on trial, I notified Attorney Marlene Aponte what David Medina Sanes had informed me, so she would call him to testify in my favor of the Defense to clear up the Agents lie in that manner.

V.

The Attorney Marlene Aponte Responded to Vega-Figueroa that in his moment defendent David Medina-Sanes would be called to testify for the defense. Which she never did.
Leaving the Miranda record established like my person Vega-Figueroa had testified to Medina-Sanes which the Agente altered my response to him.

12. That my Direct Appeal The Attorneys Bruce R. Bryan Esq. And Paul To Carey, Esq.

Point 1.

Vega's statements while in custody should have been suppressed

Argueing that Vega-Figueroa answered Medina-Sanes That he was a Security-Guard Supervisor, And was Arrested in 1995, he now worked in the [illegible] and that at the time of the alleged testimony no one advice the Appllant of his miranda Rights.

But in my person Vega-Figueroa in my letters sent to Attorney Bruce and Paul in spanish because I don't master the English Language, were clear that I answered the agent in my person that I was a Security Guard Supervisor on the street And now work in the kitchen.

## IV

Vega-Figueroa is conscious that Attorneys Bryan and Cavey argued the same issue as Attorney Marlene Aponte left established on record over Miranda Rights. The difference that my person gave to the Agent on April 11-97 on the 6th floor of the Federal Building in San Juan, the Attorneys argued as if it was answered to Medina-Sanes.

Vega-Figueroa asks the Honorable Supreme Court that a polygraph test be given to afore mentioned Attorneys so there won't be a doubt that Vega-Figueroa is telling the truth and nothing but the truth.

13. That my person Vega-Figueroa to submit my 22-55 petition in English my family put me in contact with Mr. Richard Deters of Paralegal Research Asociates, who found this case 97-72 and 99-1394 in the direct Appeals system by sending me a letter to U.S.P. Atlanta, Georgia where I was at the time. It was agreed to submit my petition 22-55 direct Appeal on the issue of Miranda Rights. Vega-Figueroa informed them that. When Medina-Sanes ask P. to Are you Accused of being a drug ring Leader? Vega-Figueroa Answered I don't know why I'm here, and the conversation ended with Medina-Sanes.
That it was the Agent that interviewed

VII

Vega-Figueroa who answered in the street I was a security guard supervisor and now I'm working in the Kitchen.

That Mr. Richard Deters argued the same issue left established by Attorney Marlene Aponte. And the reason my response was not made clear and was altered and attached to Medina-Sanes, is the reason all my petitions have been denied.

Vega-Figueroa asks the Honorable Supreme Court to allow me the chance to prove the truth The whole truth and nothing but the truth or if I'm lying That I be accused of perjury 28 U.J.C § 1746 if I'm lying and sentenced To triple the sentence which is actually a life in prison.

That a polygraph test be given to
#1 Agents José Tirado and Tomas Sanchez or The agent that testified altering and adding To my answer to him and joining to that of Medina Sanes.

#2. That a polygraph test be given to José A. Vega-Figueroa.

#3. That a polygraph test be given to David Medina Sanes.

#4. That a polygraph test be given to Marlene Aponte.

IIIV

#5 And if necessary that a polygraph test be given to Attorneys: Paul L. Carey And Bruce R. Ryan, as well to Mr. Richard Peter president of Paralegal Research Associates.

This is all written since my Constitutional Right in my presumption of Innocence have been violated Revercibly in error.

Thank you very much
submitted by
Jose A. Figueroa #14694069

Honorable Supreme Court

I've sent Exhibit

#1. The list where it is made clear that while both David A. Medina and José A. Vega-Figueroa were together at Regional Prison of Guayama. It was impossible that Medina-Sanes ask me if I was Pito Casco, as it was altered by Agent José Tirado and Tomas Sanchez or whomever testified in Federal Court that Vega-Figueroa answered Medina-Sanes that I was a drug ring leader and now work in the Kitchen. Medina-Sanes did not testify at Federal Trial in 1998!

#2. I send two copies where my nickname: CHoito when it is cheito or cheo, when Vega-Figueroa aswered the Agent I'm not Pito Casco I'm not big headed. Not like he altered it answering Medina-Sanes. And Medina-Sanes didnot testify in 1998.

#3. I send a letter where Mr. Richard Deters answers thru his brother, that The Appeals Court holds this as inmaterial and is not part of the record. In the letter Vega-Figueroa claims the fault lies in leaving the argument that the testimony the Agent gave That Vega-Figueroa answered

Honorable Supreme Court

I send Exhibit

Medina-Sanes, that I was a drug ring leader before, now I work in the Kitchen. The fault lies with Attorney Marlene Aponte failing to call Medina-Sanes as a witness for the defense when he informed my person and I notified her and she told me that at the proper moment she would which she never did.

#4. I send four original copies of Paralegal Research Associates RE: Billing for preparation of petition for writ of certuary.
where I present proof that no argument on the issue of the Agents interview on April 11-1997 whomeve testified at trial and changed my response and added David Medina-Sanes. With malice towards Vega-Figueroa. And Medina-Sanes did not testify in federal Court in 1998. *

5. I send a page from El Vocero of Puerto Rico in relation to a case showing the Absolution of two Accused in the federal Tribunal of P.R. where it is admissable a polygraph test proving the accused innocence,

Honorable Supreme Court

I send a copy of this motion to

#6 Honorable Judge Salvador E. Casellas
U.S. District Court, 150 Federal Bldg.
Hato Rey Puerto Rico 00918

#7. United States Attorney, District of P.R.
Room 452 Federal Bldg. Hato Rey, P.R. 00918

Cordially
Jose' A. Vega-figueroA
14694-069
P.O. Box 1034
Coleman, FL 33521-0879

Honorable Supreme Court

Vega-Figueroa

Submits Also As Exhibit #15

A Copy where Attorneys: Paul L. Carey - Bruce R. Bryan in Direct Appeal in Court of Appeals of Boston in 1999 til 2000, they Argued Miranda Rights. That Vega-Figueroa Answered Medina-Sanes that he was A Security Guard Supervisor And now worked in the Kitchen.

When in reality in the letter I sent in Spanish was my person Vega-Figueroa, that on the Street I worked As A Security Guard Supervisor And now worked in the Kitchen was the Agent who interviewed me on the 6th floor of the Federal Building on April 11-1997 when I was Arrested. (page 7)

I send A Copy of Report number 302. Agents José Tirado And Tomas Sanchez on April 11-1997 Altered the response that Vega-Figuero Answered The Agent And joined it to that given to the other inmate Medina-Sanes, - I don't know why I'm here!

Vega-Figueroa swears the truth and nothing but the truth.

Supreme Court of United States
Office of The Clerk
Washington, DC 20543-0001

RECEIVED
JAN 30 2007
OFFICE OF THE CLERK
SUPREME COURT, U.S.

William K. Suter
Clerk of The Court
(202) 479-3011

(NO es mocion 2241)

RE: Jose Vega-figueroa
V. United States
NO. 06-8285

Caso 97-72

Mocion informativa Pro-se
de fabricacion de Parte agentes

Honorable Corte Suprema

Comparesco muy respetuosamente y alego, espongo, e solicito, Por propio Derecho.

1. Vega-figueroa Les dirige esta peticion en el idioma español porque no domina el ingles.

2. Referente a fabricacion de Testimonio de parte de Los agentes José Tirado y Tomás Sanchez en cuestion que Tergiversaron My respuesto hacia el agente que me entrevicto, y unirla a una sola respuesta que Vega-Figueroa Le respondio a David Medina Sanes.

3. Referent Testimoni of David Medina Sanes on 4-11-97 Mr Vega-figueroa was arrested pursuant To The Indictment. 97-72

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
### WASHINGTON, DC 20543-0001

January 30, 2007

Jose Vega Figueroa
#14694069
P.O. Box 1034
Coleman, FL 33521-0879

RE: Figueroa v. U.S.

Dear Mr. Figueroa:

Your papers were postmarked January 23, 2007 and received January 30, 2007. They are returned for the following reason(s):

The petition, or filing, must be in english.

Sincerely,
William K. Suter, Clerk
By:

Erik Fossum
(202) 479-3392

Enclosures

Exhibit 6

Wednesday-31-May-2006

Hello Att. Richard Peters

The reason for this small Letter is that I was studing the Appeals Book for the First Circuit of Boston, And I Find Again the same inmate Mr. Medina-Sanes.

Mr. Peters
I have explained innumerable times, That Mr. Medina-Sanes when I informed that they were using Against me the question that he made on the 6th floor of the Federal Building in San Juan, the day they Arrested us in April 11th of 1997.

Mr. Medina Sanes
He Answered that it wasn't true that I talk with Att. Marlene Aponte so that she would call him to testify in my favor at Federal trial.

I notified Att. Marlene Aponte Cabrera And she Answered momentarily And never called Mr. Medina-Sanes to testify in my favo at Federal Trial.

For this to be, this Argument in this manner is Att. Marlene Aponte Cabrera.

Exhibit 7.

## II

That day <u>11th of April of 1997</u> when <u>Mr. Medina-Sanes</u> asks me if it was true that I had been arrested for criminal Enterprise or a drug conspiracy.

I answered that I did not know why I was held there. * * *

When the <u>Agent interviewed me</u>, he asks is I worked.

I answered where free or on the street.

<u>The Agent</u> asked me in both places, now in prison and when you were on the street.

I explained in the moment to the federal Agent on the <u>6th floor of the Federal Building in San Juan</u>, that I worked on the street as a <u>security guard</u> and now I worked in the Kitchen.

<u>Mr. Richard Deters</u>
These answered to federal Agent and <u>not Mr. Medina-Sanes</u> as how it's come to since then.

The fault of all this is with <u>Att. Marlene Aponte Cabreras</u>. OK.

Exhibit 8

III

Mr. Deters

I don't know how I've explained this to you on various occasions and they still argue that I answered Mr. Medina-Sanes that I used to run a drug ring and now work the kitchen.

When I clearly said that this is a fabrication by that Federal Agent at that time, and Att. Marlene Aponte Cabrera did nothing to clear it up taking Mr. Medina-Sanes to testify in my favor to fix the bad intentions of that Federal Agente.

Since he was predisposed to testify in my favor to fix that. Why? Because those words that I told him that before I ran a drug ring and now work in the kitchen, I never said to Medina-Sanes.

Att. Richard Deters.
I hope you do something to fix this incident, since it's all a fabrication by that Federal Agent.

And Mr. Medina-Saes
Is ready to set this straight since this came to light that has caused so much damage to my person. ✻✻✻

Exhibit 9

IV

Mr. Richard Deters

Mr. Medina-Sanes has always been ready to declare in Federal Court, that to him I did not answer what that Federal Agent has informed and testified in Federal Court. ***

That those are lies of that Federal Agente to cause me damage like he's done since then.

Well this is everything in this letter and I hope you do something to resolve all of this related to Mr. Medina-Sanes, who's always ready to testify in my favor, because that is a fabrication against my person OK.

Thankyou very much and please fix this of Mr. Medina-Sanes by asking the Federal Court to call him to testify and find that Federal Agent in perjury.

Mr. Deters

It's my liberty that is in play for many years OK.

Attentively: Your Client
José A. Vega Figueroa
14694-06

02-08-07

My name is Thomas A. Wilkes Jr., I am translating this document for my friend Mr. Jose Vega-Figueroa, who can not write or understand English. Hopefully you will understand and give him justice!

Thank you for your Help!
God bless...
Thomas A. Wilkes Jr.
(05972-007)
*Thomas A. Wilkes* [signature]