AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE            DISTRICT OF            PUERTO RICO

UNITED STATES OF AMERICA,                    **APPEARANCE**

v.                                           CASE NUMBER: 97-072(SEC)

**JOSE A. VEGA-FIGUEROA, ET AL**

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

| | |
|---|---|
| November 7, 2007 | /s/Warren Vázquez |
| *Date* | *Signature* |
| | |
| | Warren Vázquez |
| | *Print Name* |
| | |
| | 350 Torre Chardon, Suite 1201 |
| | *Address* |
| | |
| | Hato Rey, Puerto Rico 00918 |
| | *City* |
| | |
| | (787) 766-5656 |
| | Phone Number |

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, that on November 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsels of record.

    At San Juan, Puerto Rico, November 7, 2007.

                                                S/Warren Vázquez
                                               Warren Vázquez - 125413