IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    *Plaintiff*,

v

JOSE A. VEGA-FIGUEROA,
    *Defendant*.

CRIMINAL NO. 97-072 (SEC)

NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    1.    Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for defendant **Jose A. Vega-Figueroa**.

    2.    Pursuant to policy of the Federal Public Defender for the District of Puerto Rico, notice of filings, both electronic and otherwise, are requested to be made jointly to the AFPD assigned to the case and to the Federal Public Defender, Mr. Joseph C. Laws, Jr.

    In San Juan, Puerto Rico, on the 16th day of May, 2008.

**JOSEPH C. LAWS, JR.**
**Federal Public Defender**
**District of Puerto Rico**

S/Melanie Carrillo-Jimenez
MELANIE CARRILLO-JIMENEZ
Assistant Federal Public Defender
USDC-PR  225107
241 F.D. Roosevelt Avenue
San Juan, PR  00918-2305
Phone No. (787) 281-2441
Melanie_Carrillo@fd.org

USA v. Jose A. Vega-Figueroa                                                                    Page 2
Criminal No. 97-072 (SEC)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this 16th day of May, 2008.

**JOSEPH C. LAWS, JR.**
**Federal Public Defender**
**District of Puerto Rico**

S/Melanie Carrillo-Jimenez
MELANIE CARRILLO-JIMENEZ
Assistant Federal Public Defender
USDC-PR  225107
241 F.D. Roosevelt Avenue
San Juan, PR  00918-2441
Phone No. (787) 281-4922
Melanie_Carrillo@fd.org