**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| Plaintiff * | |
| * | |
| v.   * | **Criminal No. 03:97CR72-1(SEC)** |
| * | |
| JOSE A. VEGA-FIGUEROA * | |
| * | |
| Defendant * | |
| ************************************ | |

**ORDER**

Defendant José A. Vega-Figueroa has filed a Motion for Reduction of Sentence pursuant to 18 U.S.C.A. § 3582 in view of the Retroactive Application of the Crack/Cocaine Amendment to the Sentencing Guidelines (Docket # 758). In keeping with the Court's Administrative Directive, Misc. 08-031(JAF), the Court hereby **APPOINTS** the Federal Public Defender to represent the petitioner. Also, we hereby **NOTIFY** the U.S. Probation Office, the U.S. Attorney's Office and the Federal Public Defender of the pendency of this motion. Counsel are reminded that the deadlines to file their respective filings in compliance with the abovementioned Administrative Directive have elapsed. As such, the Court hereby **ORDERS** as follows:

1- The U.S. Probation Office is to file a **Retroactivity Package**, as defined in the Administrative Directive, as to Defendant José A. Vega-Figueroa by **7/7/2008**

2- The Federal Public Defender is to file a **Stipulated Recommendation** to the Court by **7/14/2008**.

If the parties cannot arrive at a Stipulated Disposition with regards to the pending motion, then they are to file the following documents by the following dates:

1- Both the Federal Public Defender and the U.S. Probation Office are to file simultaneous **Memoranda of Law** in support of their recommendations by **7/23/2008**.

Any motion for extension of time should be filed **JOINTLY** by Counsel for all the parties involved, showing good cause why it should be granted.

**SO ORDERED.**

**Criminal No. 97-72(1)(SEC)**  2

_____

      In San Juan, Puerto Rico, this 23rd day of June, 2008.

                              S/ *Salvador E. Casellas*
                              SALVADOR E. CASELLAS
                              U.S. Senior District Judge