IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| JOSE A. VEGA FIGUEROA, | ) | |
| Petitioner, | ) | |
| vs. | ) | IN RE: CASE NO: 9772 SEC |
| UNITED STATES OF AMERICA, | ) | |
| Respondant. | ) | |

MOTION FOR APPOINTMENT OF COUNSEL

Now Comes, Jose A. Vega Figueroa, acting pro-se, and moves this honorable court to appoint counsel to represent me in the up coming case. Due to the complexities involved I am unable to properly represent myself.

I respectfully ask this honorable court to appoint Mr. Rafeal Castroland to represent me in a Motion For Reduction of Sentence pursuant to Title 18 U.S.C. § 3582 (c)(2), because he has a better understanding and knowledge of my case.

Respectfully submitted

*Jose A. Vega Figueroa*
Jose A. Vega Figueroa
Reg. No. 14694-069
Federal Correctional Complex
U.S. Penitentiary-2
P.O. Box 1034
Coleman, Florida 33521

CERTIFICATE OF SERVICE

    I hereby certify that I have this __1__ day of __July__ 2008, placed the foregoing Motion For Appointment of Counsel in the U.S. Mail, addressed to the following:

Honorable Juez Senor
Salvador E. Casellas
U.S. District Court
150 Federal Building
Hatorey, Puerto Rico 00918

BY: _/s/ Jose A. Vega Figueroa_
      Jose A. Vega Figueroa