By: José A. Vega Figueroa
N°. 94694-069
P.O. Box 1034
Coleman, FL 33521

(legal mail)

TAMPA FL 335
SAINT PETERSBURG FL
07 JUL 2008 PM 01

TO: Honorable Juez Acevedo
Salvador E. Casellas
U.S. District Court
150 Federal Building
Hato Rey, Puerto Rico 00 918